UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | **ORDER** |
| v. | : | 21-CR-438 (WFK) |
| | : | |
| RODERICK BRUNSON, | : | |
| | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court hereby ORDERS the parties to appear for an initial status conference on Wednesday, October 27, 2021 at 2:00 P.M. in Courtroom 6H North in the U.S. District Courthouse at 225 Cadman Plaza E, Brooklyn, New York, 11201 before the Honorable Judge William F. Kuntz, II. Pursuant to the Speedy Trial Act, time is excluded in the interests of justice through and including that date.

**SO ORDERED.**

**s/ WFK**

________________________________
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: October 22, 2021
Brooklyn, New York