Federal Defenders
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

October 22, 2021

JUDGE WILLIAM F. KUNTZ, II
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: <u>United States v. Brunson, No. 21cr438</u>**

Dear Judge Kuntz,

I am respectfully writing to request an adjournment of Mr. Brunson's status conference on a violation of supervised release, which is currently scheduled for October 27, at 2:00. This is the first request for an adjournment. The reason for this request is that I have a previously-scheduled and conflicting engagement in SDNY. The government has no objection to this request.

I understand that the Court is available on November 1 at 12:00 and respectfully request that Your Honor adjourn the conference to that date, or another date convenient for the Court.

Sincerely,

/s/
Allegra Glashausser
Staff Attorney
(212) 417-8739