UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | **ORDER** |
| v. | : | 21-CR-438 (WFK) |
| | : | |
| RODERICK BRUNSON, | : | |
| | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

At the request of the parties, *see* ECF No. 10, the Court hereby ADJOURNS the initial status conference on Wednesday, October 27, 2021 at 2:00 P.M to Wednesday, November 3, 2021 at 12:00 Noon. Pursuant to the Speedy Trial Act, time is excluded in the interests of justice through and including that date. The status conference will take place in Courtroom 6H North in the Eastern District of New York Courthouse at 225 Cadman Plaza East, Brooklyn, New York, 11201 before the Honorable Judge William F. Kuntz, II.

**SO ORDERED.**

**s/ WFK**

____________________________
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: October 25, 2021
Brooklyn, New York