**MINUTE ENTRY FOR CRIMINAL PROCEEDING**

BEFORE MAG. JUDGE Reyes DATE : 10/22/2021

DOCKET NUMBER: 21cr438(WFK) Zoom # : 3:00-3:24

DEFENDANT'S NAME : Roderick Bronson
_X_ Present ___ Not Present _x_ Custody ___ Bail

DEFENSE COUNSEL: Allegra Glashausser
_X_ Federal Defender ___ CJA ___ Retained

A.U.S.A: Samantha Alessi CLERK: Lewis Hugh

INTERPRETER : (Language)

_X_ Defendant arraigned on the : _x_ indictment ___ superseding indictment ____ probation violation

__x_ Defendant pleads NOT GUILTY to ALL counts.

____ DETENTION HEARING Held. ____ Defendant's first appearance.

__x_ Bond set at $5,000. Defendant _x_ released ___ held pending satisfaction of bond conditions.

____ Defendant advised of bond conditions set by the Court and signed the bond.

_1_ Surety sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by ________________

____ After hearing, Court orders detention in custody. ____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for ________________

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay/Speedy Trial entered. Start________ Stop ________

_x_ Rule 5f warnings given to the Govt. ____ Medical memo issued.

____ Defendant failed to appear, bench warrant issued.

_x_ Status conference set for 10/27/2021 @ 2:00 pm before Judge Kuntz

Other Rulings : USPO Alexandria Hirsh present. All parties appeared via video/telephone.