UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RODERICK BRUNSON,<br><br>Defendant. | : | **ORDER**<br>21-CR-438 (WFK) |

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court hereby ORDERS the parties to appear for a status conference on Tuesday, March 8, 2022 at 1:30 P.M. in Courtroom 6H North in the U.S. District Courthouse at 225 Cadman Plaza E, Brooklyn, New York, 11201 before the Honorable Judge William F. Kuntz, II.

**SO ORDERED.**

s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: November 4, 2021
Brooklyn, New York