UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against - 21-CR-438 (WFK)

RODERICK BRUNSON

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Joy Lurinsky from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

Assistant U.S. Attorney Joy Lurinsky
United States Attorney's Office (Criminal Division)
271-A Cadman Plaza East
Brooklyn, New York 11201
Tel: (718) 254-6441
Email: Joy.Lurinsky@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Joy Lurinsky at the email address set forth above.

Dated: Brooklyn, New York
November 28, 2021

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Joy Lurinsky
Joy Lurinsky
Assistant U.S. Attorney

cc: Clerk of the Court (WFK)