Federal Defenders
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

March 2, 2022

JUDGE WILLIAM F. KUNTZ, II
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: United States v. Brunson, No. 21cr438**

Dear Judge Kuntz,

I am respectfully writing to request an adjournment of Mr. Brunson's status conference on a violation of supervised release, which is currently scheduled for March 8, at 1:30. This is the first request for an adjournment. The reason for the adjournment request is that I am starting a trial in *United States v. Lawrence Ray*, 20-cr-110 (SDNY) on March 8 at 9:00.

Since our last status conference, the state court has written a decision dismissing the charges against Mr. Brunson. It is expected that a formal order of this dismissal will be docketed in state court on March 15, 2022.

I respectfully request that Your Honor adjourn the conference to a date in the beginning of May, or another date convenient for the Court.

The government and probation have no objection to this request.

Sincerely,

/s/
Allegra Glashausser
Staff Attorney
(212) 417-8739